IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>JULIO LERMA-CABRERA,<br><br>                    Defendant. | **8:23CR201**<br><br><br>**ORDER** |

This matter is before the Court on the government's Motion to Dismiss Forfeiture Allegation (Filing No. 90) of the Superseding Indictment (Filing No. 48) as to defendant Julio Lerma-Cabrera.   The government has thoroughly reviewed the evidence and property available and is no longer seeking forfeiture against this defendant.   Upon careful review of the government's motion and the record in this case, the Court finds the motion should be granted.   Accordingly,

IT IS ORDERED:

1.    The government's Motion to Dismiss Forfeiture Allegation (Filing No. 90) is granted.

2.    The Forfeiture Allegation of the Superseding Indictment as to defendant Julio Lerma-Cabrera is dismissed.

Dated this 13th day of March 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge